**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Northern District of Texas
(State)

Case number (*If known*): ____________ Chapter 11

❑ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

1. **Debtor's name**

   Terra Carta Partners LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

   None

3. **Debtor's federal Employer Identification Number** (EIN)

   84-4609089

4. **Debtor's address**

   **Principal place of business**

   3500 Oak Lawn Avenue, Suite 460
   Number Street

   Dallas TX 75219
   City State ZIP Code

   Dallas
   County

   **Mailing address, if different from principal place of business**

   Number Street

   P.O. Box

   City State ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number Street

   City State ZIP Code

5. **Debtor's website** (URL)

Debtor Terra Carta Partners LLC
Name
Case number *(if known)*

**6. Type of debtor**

- [x] Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- [ ] Partnership (excluding LLP)
- [ ] Other. Specify: ______

**7. Describe debtor's business**

A. *Check one:*

- [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
- [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- [ ] Railroad (as defined in 11 U.S.C. § 101(44))
- [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
- [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
- [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
- [x] None of the above

B. *Check all that apply:*

- [ ] Tax-exempt entity (as described in 26 U.S.C. § 501)
- [ ] Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- [ ] Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

5 5 1 1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11. *Check **all** that apply*:
  - [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - [ ] The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - [ ] The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - [ ] A plan is being filed with this petition.
  - [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - [ ] The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - [ ] The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- [ ] Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- [x] No
- [ ] Yes. District ______ When ______ (MM / DD / YYYY) Case number ______
  District ______ When ______ (MM / DD / YYYY) Case number ______

Debtor Terra Carta Partners LLC
Name
Case number (*if known*)

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☒ Yes. Debtor Green Sapphire Holdings, Inc. Relationship Parent (sole member)
District Northern District of Texas, Dallas Division When 07/21/2026 MM / DD / YYYY
Case number, if known 26-33254-mvl11 (Larson, J.)
*Other affiliates filed the same day: see attached list.*

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? ____________________

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ____________________

**Where is the property?** ____________________
Number Street

____________________

City State ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency ____________________

Contact name ____________________

Phone ____________________

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

Debtor Terra Carta Partners LLC
Name

Case number (*if known*)

**15. Estimated assets**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☒ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☒ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/15/2026
MM / DD / YYYY

✘ Paul Wolfe
Paul Wolfe (Oct 15, 2026 19:31:43 CDT)
Signature of authorized representative of debtor

Paul Wolfe
Printed name

Title Manager of TCP MGR LLC, the Manager of the Debtor

**18. Signature of attorney**

✘ /s/ David William Parham
Signature of attorney for debtor

Date 10/15/2026
MM / DD / YYYY

David William Parham (see attached list for co-counsel)
Printed name

Akerman LLP
Firm name

2001 Ross Avenue, Suite 3600
Number Street

Dallas | TX | 75201
City | State | ZIP Code

(214) 720-4300
Contact phone

david.parham@akerman.com
Email address

15459500 | TX
Bar number | State

## Attachment to Official Form 201, Voluntary Petition for Non-Individuals Filing for Bankruptcy

### Question 10. Bankruptcy cases pending or being filed by an affiliate of the debtor

| Debtor | Relationship | When | Case number |
|---|---|---|---|
| Green Sapphire Holdings, Inc. | Green Sapphire Holdings, Inc. is the Debtor's sole member. | 07/21/2026 | 26-33254-mvl11 (Larson, J.) |
| High Ridge Development LLC | Affiliate (11 U.S.C. § 101(2)); filed the same day. | 10/15/2026 | Pending |
| High Ridge Development II LLC | Affiliate (11 U.S.C. § 101(2)); filed the same day. | 10/15/2026 | Pending |
| High Ridge Development III LLC | Affiliate (11 U.S.C. § 101(2)); filed the same day. | 10/15/2026 | Pending |

Each case is filed in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division.

### Question 18. Additional attorney for the debtor (co-lead counsel)

/s/ Christian Savio
Christian Savio, Esq.
Law Offices of Manganelli, Leider & Savio, P.A.
1900 N.W. Corporate Blvd., Ste. 200W
Boca Raton, FL 33431
Telephone: (561) 826-1740 Facsimile: (561) 826-1741
Email: CSavio@mls-pa.com
Florida Bar No. 84649
Date: 10/15/2026

**PETITION PACKAGE: TERRA CARTA PARTNERS LLC**

Chapter 11, United States Bankruptcy Court for the Northern District of Texas, Dallas Division, joint administration requested with In re Green Sapphire Holdings, Inc., Case No. 26-33254-mvl11

**WRITTEN CONSENT (AUTHORIZATION FOR OFFICIAL FORM 201)**

**WRITTEN CONSENT OF THE MANAGER OF TERRA CARTA PARTNERS LLC**

The undersigned, TCP MGR LLC, being the Manager of TERRA CARTA PARTNERS LLC, a Delaware limited liability company formed October 28, 2019 (Delaware file no. 7675339) (the "Company"), acting by its Manager, Paul Wolfe, by written consent without a meeting under the Company's limited liability company agreement and applicable law, adopts the following resolutions effective October 15, 2026:

WHEREAS, the Company is a wholly owned subsidiary of Green Sapphire Holdings, Inc. (the "Parent"), the debtor in Case No. 26-33254-mvl11 pending in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division (the "Bankruptcy Court"); the Company is managed from Dallas County, Texas through TCP MGR LLC; the Company is the sole member of High Ridge Development III LLC; the Company is the defendant in Cause No. 26-3106-C425, OP III ATX Highridge, LP v. Terra Carta Partners LLC, pending in the 425th Judicial District Court of Williamson County, Texas; and on February 23, 2023 the Company paid $480,000 to Endeavor Real Estate Group, LLC, which the Company seeks to recover;

WHEREAS, the undersigned has determined that it is in the best interests of the Company, its creditors and other parties in interest that the Company file a voluntary petition under chapter 11 of title 11 of the United States Code in the Bankruptcy Court and seek joint administration of its case with the Parent's case;

NOW, THEREFORE, BE IT RESOLVED, that the Company is authorized to file a voluntary petition for relief under chapter 11 in the Bankruptcy Court, Dallas Division, on or about October 15, 2026;

RESOLVED, that Paul Wolfe, as Manager of TCP MGR LLC (the "Authorized Person"), is authorized and directed to execute and file on behalf of the Company the petition, the corporate ownership statement, the list of the twenty largest unsecured claims, the creditor matrix, the motion for joint administration, and all schedules, statements, lists, motions, applications and other papers, and to take all actions, that the Authorized Person deems necessary or appropriate in connection with the chapter 11 case;

RESOLVED, that the Company is authorized to retain Akerman LLP and the Law Offices of Manganelli, Leider & Savio, P.A. as co-lead counsel, and such other professionals as the Authorized Person deems appropriate, subject to the approval of the Bankruptcy Court;

RESOLVED, that the Company is authorized to commence, as plaintiff and debtor in possession, an adversary proceeding in the Bankruptcy Court against Endeavor Real Estate Group, LLC to recover the $480,000 paid on February 23, 2023, and to remove to federal court, and seek the transfer to the Bankruptcy Court of, Cause No. 26-3106-C425, OP III ATX Highridge, LP v. Terra Carta Partners LLC;

RESOLVED, that all acts taken by the Authorized Person before the date of this consent in connection with the matters above are ratified and confirmed.

This consent may be executed in counterparts and by electronic signature.

TCP MGR LLC, Manager

By: Paul Wolfe
Paul Wolfe (Oct 15, 2026 19:31:43 CDT)
Name: Paul Wolfe
Title: Manager of TCP MGR LLC
Date: October 15, 2026

**WRITTEN CONSENT OF THE SOLE MEMBER OF TERRA CARTA PARTNERS LLC**

Green Sapphire Holdings, Inc., as the sole member of Terra Carta Partners LLC (the "Company") and as debtor in possession in Case No. 26-33254-mvl11, acting by its Director, Garrett Vail, by written consent without a meeting, effective October 15, 2026, authorizes Paul Wolfe, in his capacity as Manager of TCP MGR LLC, the Manager of the Company, to cause the Company to file a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division, and joins in, consents to and approves each of the foregoing resolutions.

GREEN SAPPHIRE HOLDINGS, INC., Sole Member

By: Garrett Vail
Name: Garrett Vail
Title: Director
Date: October 15, 2026

**CORPORATE OWNERSHIP STATEMENT**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| TERRA CARTA PARTNERS LLC, | § | Case No. 26-_____ |
| | § | |
| Debtor. | § | (Joint Administration with Case No. 26-33254-mvl11 Requested) |

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, Terra Carta Partners LLC (the "Debtor") states as follows.

1. The following entities directly or indirectly own 10% or more of any class of the Debtor's equity interests: Green Sapphire Holdings, Inc. (100%, direct).

2. Green Sapphire Holdings, Inc., the debtor in Case No. 26-33254-mvl11, directly owns 100% of the membership interests in the Debtor and is its sole member. TCP MGR LLC is the Debtor's Manager and holds no equity.

3. No other corporation or entity owns 10% or more of any class of the Debtor's equity interests.

DECLARATION. I, Paul Wolfe, Manager of TCP MGR LLC, the Manager of the Debtor, declare under penalty of perjury that I have read this Corporate Ownership Statement and that it is true and correct to the best of my knowledge, information and belief. Executed on October 15, 2026, at Dallas, Texas.

Paul Wolfe
Paul Wolfe (Oct 15, 2026 19:31:43 CDT)

Paul Wolfe, Manager of TCP MGR LLC, the Manager of the Debtor

Respectfully submitted,

AKERMAN LLP
By: /s/ David William Parham
David William Parham (Texas Bar No. 15459500)
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: (214) 720-4300
Email: david.parham@akerman.com

-and-

LAW OFFICES OF MANGANELLI, LEIDER & SAVIO, P.A.
By: /s/ Christian Savio
Christian Savio, Esq. (Florida Bar No. 84649)
1900 N.W. Corporate Blvd., Ste. 200W
Boca Raton, FL 33431
Telephone: (561) 826-1740
Facsimile: (561) 826-1741
Email: CSavio@mls-pa.com

Proposed Counsel for the Debtor and Debtor in Possession

**OFFICIAL FORM 204 AND OFFICIAL FORM 202 DECLARATION**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| TERRA CARTA PARTNERS LLC, | § | Case No. 26-_____ |
| | § | |
| Debtor. | § | (Joint Administration with Case No. 26-33254-mvl11 Requested) |

**LIST OF CREDITORS WHO HAVE THE 20 LARGEST UNSECURED CLAIMS AND ARE NOT INSIDERS (Official Form 204)**

| **Name of creditor and complete mailing address, including ZIP code** | **Name, telephone number and email address of creditor contact** | **Nature of the claim** | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of unsecured claim** |
|---|---|---|---|---|
| Endeavor Real Estate Group, LLC, 500 W. 5th Street, Suite 700, Austin, TX 78701 | Ben Bufkin and Jeff Newberg, (512) 682-5500, bbufkin@endeavor-re.com | Any claim under the January 24, 2022 Development Agreement and related agreements. | Contingent, unliquidated, disputed | Unliquidated |
| OP III ATX Highridge, LP, c/o Endeavor Real Estate Group, LLC, 500 W. 5th Street, Suite 700, Austin, TX 78701 | Ben Bufkin and Jeff Newberg, (512) 682-5500, bbufkin@endeavor-re.com | Claims asserted in OP III ATX Highridge, LP v. Terra Carta Partners LLC, Cause No. 26-3106-C425, 425th Judicial District Court, Williamson County, Texas, and any claim under the November 3, 2023 Earnest Money Contract and its First Amendment. | Contingent, unliquidated, disputed | Unliquidated |
| Cerco Development, Inc., c/o Endeavor Real Estate Group, LLC, 500 W. 5th Street, Suite 700, Austin, TX 78701 | Ben Bufkin and Jeff Newberg, (512) 682-5500, bbufkin@endeavor-re.com | Any claim under the January 24, 2022 Development Agreement. | Contingent, unliquidated, disputed | Unliquidated |
| EOP III Sub GP, LLC, c/o Endeavor Real Estate Group, LLC, 500 W. 5th Street, Suite 700, Austin, TX 78701 | Ben Bufkin and Jeff Newberg, (512) 682-5500, bbufkin@endeavor-re.com | Any claim as general partner of OP III ATX Highridge, LP under the First Amendment to the Earnest Money Contract. | Contingent, unliquidated, disputed | Unliquidated |
| Citrin Cooperman, 123 N. Wacker Drive, Suite 1400, Chicago, IL 60606 | None known | Accounting services to Terra Carta Partners LLC. | Unliquidated | Unknown |

**DECLARATION UNDER PENALTY OF PERJURY FOR NON-INDIVIDUAL DEBTORS (Official Form 202)**

I, Paul Wolfe, Manager of TCP MGR LLC, the Manager of the Debtor, declare under penalty of perjury that I have examined the information in the foregoing List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204) and the Creditor Matrix, and that I have a reasonable belief that the information is true and correct.

Executed on October 15, 2026.

Paul Wolfe
Paul Wolfe (Oct 15, 2026 19:31:43 CDT)

Paul Wolfe, Manager of TCP MGR LLC, the Manager of the Debtor

Respectfully submitted,
AKERMAN LLP
By: /s/ David William Parham
David William Parham (Texas Bar No. 15459500)
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: (214) 720-4300
Email: david.parham@akerman.com

-and-

LAW OFFICES OF MANGANELLI, LEIDER & SAVIO, P.A.
By: /s/ Christian Savio
Christian Savio, Esq. (Florida Bar No. 84649)
1900 N.W. Corporate Blvd., Ste. 200W
Boca Raton, FL 33431
Telephone: (561) 826-1740
Facsimile: (561) 826-1741
Email: CSavio@mls-pa.com

Proposed Counsel for the Debtor and Debtor in Possession

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| TERRA CARTA PARTNERS LLC, | § | Case No. 26-_____ |
| | § | |
| Debtor. | § | (Joint Administration with Case No. 26-33254-mvl11 Requested) |

## VERIFICATION OF CREDITOR MATRIX

I, Paul Wolfe, Manager of TCP MGR LLC, the Manager of the Debtor, declare under penalty of perjury that the attached list of creditors, consisting of 11 entries, is true and correct to the best of my knowledge, information and belief, and is submitted under 11 U.S.C. section 521(a)(1)(A), Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 1007-1. Executed on October 15, 2026, at Dallas, Texas.

Paul Wolfe
Paul Wolfe (Oct 15, 2026 19:31:43 CDT)
_______________________________
Paul Wolfe, Manager of TCP MGR LLC, the Manager of the Debtor

Respectfully submitted,
AKERMAN LLP
By: /s/ David William Parham
David William Parham (Texas Bar No. 15459500)
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: (214) 720-4300
Email: david.parham@akerman.com

-and-

LAW OFFICES OF MANGANELLI, LEIDER & SAVIO, P.A.
By: /s/ Christian Savio
Christian Savio, Esq. (Florida Bar No. 84649)
1900 N.W. Corporate Blvd., Ste. 200W

Boca Raton, FL 33431
Telephone: (561) 826-1740
Facsimile: (561) 826-1741
Email: CSavio@mls-pa.com

Proposed Counsel for the Debtor and Debtor in Possession

TCP MGR LLC
Attn: Paul Wolfe, Manager
3500 Oak Lawn Avenue, Suite 460
Dallas TX 75219

Paul Wolfe
3500 Oak Lawn Avenue, Suite 460
Dallas TX 75219

Garrett Vail
386 Wabasha Street N
Saint Paul MN 55102

OP III ATX Highridge, LP
c/o Endeavor Real Estate Group, LLC
500 W. 5th Street, Suite 700
Austin TX 78701

EOP III Sub GP, LLC
c/o Endeavor Real Estate Group, LLC
500 W. 5th Street, Suite 700
Austin TX 78701

Cerco Development, Inc.
c/o Endeavor Real Estate Group, LLC
500 W. 5th Street, Suite 700
Austin TX 78701

Endeavor Real Estate Group, LLC
Attn: Ben Bufkin and Jeff Newberg
500 W. 5th Street, Suite 700
Austin TX 78701

Metcalfe Wolff Stuart and Williams, LLP
Attn: David A. Wolff
221 W. 6th Street, Suite 1300
Austin TX 78701

Citrin Cooperman
123 N. Wacker Drive, Suite 1400
Chicago IL 60606

Green Sapphire Holdings, Inc.
3500 Oak Lawn Avenue, Suite 460
Dallas TX 75219

Office of the U.S. Trustee
Earle Cabell Federal Building
1100 Commerce Street, Room 976
Dallas TX 75242